IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRIE LUSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JRE FINANCIAL, LLC d/b/a<br>AAA COMMUNITY FINANCE,<br><br>Defendant. | Case No. 3:21-cv-000698-MAB |

## DECLARATION

Ryan Bartlett states as follows:

1. I am the Chief Executive Officer of JRE Financial, LLC. I have worked for JRE Financial, LLC for 5 years and am familiar with its operations. I work in the State of Florida.

2. This Declaration is based on my personal knowledge and on JRE Financial, LLC's records available to me in my position as CEO.

3. JRE Financial, LLC is organized in the State of Missouri under Missouri law. JRE Financial, LLC is licensed by the State of Missouri to conduct a consumer installment lender loan business pursuant to Mo. Rev. Stat. 408.510. A copy of its licensure is attached hereto as Exhibit A.

4. JRE Financial, LLC's records are made in the regular course of business and are contemporaneously created.

5. I have reviewed the complaint filed by Terrie Luster. The Complaint indicates that it was filed on May 13, 2021.

6.    According to JRE Financial's records it made approximately 10,000 loans within the three year period prior to the complaint being filed on May 13, 2021.

7.    According to JRE Financial's records, it collected more than $6,000,000 in interest payments on loans in the three years prior to the complaint being filed.

8.    According to JRE Financial's records, at the time the action was filed, at least one individual to whom JRE Financial, LLC made a consumer installment loan was a citizen of a state other than Missouri or Illinois or Florida. JRE Financial's records reflect the following:

    a.    On March 13, 2020, JRE Financial made a consumer loan to Mariah Odell. At the time the loan was made, Ms. Odell provided an address in the State of Missouri. Subsequently, Ms. Odell applied for refinancing of that loan in July 2020. During the refinancing process, Ms. Odell stated that she had moved to the State of Oklahoma and had a new employer in the State of Oklahoma.

    b.    On May 26, 2018, JRE Financial made a consumer to loan to Shalanda Curry. At the time the loan was made, Ms. Curry provided an address in the State of Missouri. Ms. Curry subsequently applied for a loan in November 2018. At that time Ms. Curry submitted a paystub with a new address in the State of Washington.

    c.    In August 2018, JRE Financial made a consumer loan to David Peery. At the time the loan was made, Mr. Peery provided an address in the State of Missouri. Subsequently, Mr. Peery sought another loan from JRE Financial. At that time, Mr. Peery provided information individually and through his financial institution that he had re-located to Oakland, Tennessee.

9.    Each of the loans identified in paragraph 8 was documented through an Installment Loan Agreement & Truth-In- Lending Act Disclosure setting forth an interest rate at a percentage greater than 100%. For each loan, the amount of the loan was less than $500.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __10__ day of August, 2021.

_____
Ryan Bartlett



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
Renewal

### CERTIFICATE OF REGISTRATION
### CONSUMER INSTALLMENT LENDER COMPANY

*This is to Certify*, that JRE Financial, LLC d/b/a AAA Community Finance, pursuant to Section 408.510, Revised Statutes of Missouri, and having complied with the provisions of Chapter 367, Revised Statutes of Missouri, and amendments thereto, is authorized and empowered to conduct a consumer installment lender loan business at 117 South Prairie, in the City of Bethalto, State of Illinois, through the internet site www.aaacommunityfinance.com under the name of

### JRE Financial, LLC d/b/a AAA Community Finance

subject to revocation as provided by law. This certificate cannot be assigned and is for a period beginning on the 1st day of July, 2020 and ending with the 30th day of June, 2021.

*In Witness Whereof*, I have hereunto set my hand and affixed the seal of my office, at the City of Jefferson, County of Cole, and State of Missouri.



Rob Barrett, Commissioner

Exhibit A

Page 1 of 2



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
Renewal

## CERTIFICATE OF REGISTRATION
## CONSUMER INSTALLMENT LENDER COMPANY

*This is to Certify*, that JRE Financial, LLC d/b/a AAA Community Finance, pursuant to Section 408.510, Revised Statutes of Missouri, and having complied with the provisions of Chapter 367, Revised Statutes of Missouri, and amendments thereto, is authorized and empowered to conduct a consumer installment lender loan business at 117 South Prairie, in the City of Bethalto, State of Illinois, through the internet site www.aaacommunityfinance.com under the name of

### JRE Financial, LLC d/b/a AAA Community Finance

subject to revocation as provided by law. This certificate cannot be assigned and is for a period beginning on the 1st day of July, 2021 and ending with the 30th day of June, 2022.

*In Witness Whereof*, I have hereunto set my hand and affixed the seal of my office, at the City of Jefferson, County of Cole, and State of Missouri.

Rob Barrett, Commissioner

Page 2 of 2